UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No. 3:03-CR-108 |
| ) | (Phillips) |
| **ALBERTO QUINTERO** ) | |

### ORDER

This matter is before the court on defendant's *pro se* motion for correction of sentence [Doc. 136]. The judgment entered on March 14, 2005, reflects a sentence of 188 months, not 118 months, as asserted by defendant. Accordingly, defendant's motion for correction of sentence is **DENIED.**

The clerk is **DIRECTED** to send a copy of the judgment [Doc. 123] to defendant.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge